UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY POLSTON,<br><br>            Plaintiff,<br><br>    v.<br><br>PATRICK GLEBE, et al.,<br><br>            Defendants. | CASE NO. C11-5290RBL<br><br>ORDER GRANTING LEAVE TO AMEND |

This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has asked for leave to file an amended complaint (ECF No. 11). Plaintiff does not need leave of court. A complaint may be amended once as a matter of course. Fed. R. Civ. P. 15 (a). The motion is GRANTED. An answer to the amended complaint will be due on or before July 22, 2011.

Dated this 20th day of June, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1