UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY POLSTON,<br><br>               Plaintiff,<br><br>   v.<br><br>PATRICK GLEBE et al.<br><br>               Defendants. | CASE NO. 11-5290RBL<br><br>ORDER DENYING DEFENDANTS' MOTION TO EXTEND TIME |

      This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Defendants have filed a motion asking the court to extend the time for filing an answer (ECF No. 16).

      The motion and an order that extended the time for filing an answer were both entered on June 20, 2011( ECF 16 and 17). Defendants fail to show a further extension is warranted. The motion is DENIED.

      Dated this 6th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER – Page 1