UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY POLSTON,

              Plaintiff,

   v.

PATRICK GLEBE et al.

              Defendants.

CASE NO. 3:11-cv-05290-RBL-JRC

ORDER DENYING DEFENDANT'S MOTION TO STAY DISCOVERY

    This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Defendants ask the court to stay discovery pending a decision on a motion to dismiss (ECF No. 21). Defendants do not assert qualified immunity in their motion to stay discovery. Instead, they argue they should not be burdened with discovery at this point in the litigation.

    Discovery may represent the only viable avenue an inmate has for obtaining information as to who a defendant is or information as to which defendant may have taken certain actions. Here, plaintiff is challenging the return of benefit checks where his mail was not delivered

because it allegedly did not have his committed name and DOC number on the envelope (ECF No. 18, amended complaint). The motion to stay discovery is DENIED.

Dated this 22nd day of August, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING DEFENDANT'S MOTION TO
STAY DISCOVERY - 2