1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY POLSTON,

                    Plaintiff,

        v.

PATRICK GLEBE et al.

                    Defendants.

CASE NO. C11-5290-RBL-JRC

ORDER

14      The Court having reviewed the Report and Recommendation of the Hon. J. Richard

15  Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt.

16  #38], defendant's response thereto [Dkt. #40], and the remaining record, does hereby find and

17  Order:

18      (1)     The Court adopts the Report and Recommendation;

19      (2)     This complaint is dismissed without prejudice so that plaintiff may pursue his
                claim in state court.  Where the state provides an adequate post deprivation
20              remedy for state employees conduct, there is no due process claim.

21

22

23

24

ORDER - 1

1

      (3)     The clerk is directed to send copies of this Order to Plaintiff, and the Hon. J.
                Richard Creatura.

2

     DATED this 28th day of October, 2011.

3

4

5

                                      RONALD B. LEIGHTON

6

                                      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2