# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

HARRY POLSTON,

    Plaintiff,

v.

PATRICK GLEBE et al.

    Defendants.

CASE NO. C11-5290-RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #38], defendant's response thereto [Dkt. #40], and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     This complaint is dismissed without prejudice so that plaintiff may pursue his claim in state court. Where the state provides an adequate post deprivation remedy for state employees conduct, there is no due process claim.

(3) The clerk is directed to send copies of this Order to Plaintiff, and the Hon. J. Richard Creatura.

DATED this 28th day of October, 2011.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE