1                                              HONORABLE RONALD B. LEIGHTON

2

3

4

5

6                             UNITED STATES DISTRICT COURT
7                        WESTERN DISTRICT OF WASHINGTON
                                 AT TACOMA

8

9 HARRY POLSTON,                       CASE NO. C11-5290 RBL

               Plaintiff,              ORDER
10

11       v.

12 PATRICK GLEBE,

              Defendant.
13

14      THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion for

15 Extension of Time [Dkt. #44] and Motion to Amend Judgment pursuant to Fed. R. Civ. P. 59(e)

16 [Dkt. #45]. Having considered the entirety of the records and file herein, the Court finds and

17 rules as follows:

18      Plaintiff's Motion for Extension of Time [Dkt. #44] to file his Motion to Amend

19 Judgment is **GRANTED.**

20      Plaintiff's Motion to Amend Judgment [Dkt. #45] pursuant to Fed. R. Civ. P. 59(e) is

21 treated as a Motion for Reconsideration. Under Rule 7(h), Local Rules W.D. Wash., Motions for

22 Reconsideration are disfavored and will not be granted unless the moving party shows "manifest

23 error in the prior ruling" or shows "new facts or legal authority which could not have been

24

ORDER- 1

1  brought to [the Court's] attention earlier with reasonable diligence." That standard has not been

2  met in this case and the Court will not reconsider its prior ruling.

3       Plaintiff's Motion to Amend Judgment [Dkt. #45] is **DENIED.**

4       **IT IS SO ORDERED.**

5       The Clerk shall send uncertified copies of this order to all counsel of record, and to any

6  party appearing pro se.

7       Dated this 8th day of December, 2011.

8

9       _____

10      RONALD B. LEIGHTON
        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER- 2