HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY POLSTON, | CASE NO. C11-5290 RBL |
| Plaintiff, | ORDER |
| v. | |
| PATRICK GLEBE, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion for Extension of Time [Dkt. #44] and Motion to Amend Judgment pursuant to Fed. R. Civ. P. 59(e) [Dkt. #45]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff's Motion for Extension of Time [Dkt. #44] to file his Motion to Amend Judgment is **GRANTED.**

Plaintiff's Motion to Amend Judgment [Dkt. #45] pursuant to Fed. R. Civ. P. 59(e) is treated as a Motion for Reconsideration. Under Rule 7(h), Local Rules W.D. Wash., Motions for Reconsideration are disfavored and will not be granted unless the moving party shows "manifest error in the prior ruling" or shows "new facts or legal authority which could not have been

ORDER- 1

1 | brought to [the Court's] attention earlier with reasonable diligence." That standard has not been
2 | met in this case and the Court will not reconsider its prior ruling.
3 | Plaintiff's Motion to Amend Judgment [Dkt. #45] is **DENIED.**
4 | **IT IS SO ORDERED.**
5 | The Clerk shall send uncertified copies of this order to all counsel of record, and to any
6 | party appearing pro se.
7 | Dated this 8th day of December, 2011.

*[Signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE